IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

SUSAN TREAT and ASHLEY WALKER,    *
Individually and Next Friend        *
and Mother of MADISON WALKER,     *
                                                 *
      Plaintiffs,                 *
                                                 *
           v.                        *        CV 114-174
                                                 *
DANIEL T. LOWE and                *
MATTHEW P. PERKINS,              *
                                                 *
      Defendants.                *

**O R D E R**

This matter is before the Court on its own initiative. On March 16, 2017, the parties were notified that this matter was scheduled for trial to begin on July 17, 2017. (Doc. 53.) On July 6, 2017, the parties mediated their dispute before the United States Magistrate Judge and reached a settlement in principal. (See Doc. 61; see also Doc. 59.) Accordingly, this matter was removed from the Court's trial calendar.

As part of their mediated provisional settlement, the parties agreed to engage in an intricate oscillating drafting and approval processes in the preparation of the parties' forthcoming comprehensive final settlement agreement. (See Doc. 61.) While these ancillary settlement proceedings are anticipated to take considerable time before their conclusion, they are expected to fully and finally resolve all matters in

dispute with limited Court interaction.[1] (See id.) Therefore, in the interests of judicial economy, **IT IS HEREBY ORDERED** that this case shall be **CLOSED** for all purposes of statistical reporting by the Clerk of this Court. The Clerk is further directed to **TERMINATE** any pending motions as **DENIED AS MOOT**. Notwithstanding the foregoing, any party may - by written motion - seek to re-open this matter to obtain the Court's approval of their forthcoming settlement agreement, dismissal of this action, or any other necessary or appropriate relief.

**ORDER ENTERED** at Augusta, Georgia this 20th day of September, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Because a party to this action is a minor, the Court's approval must be obtained as to any compromise, settlement, discontinuity, or dismissal. See LR 17.1(a), SDGa.